1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JOMO WILLIAMS,                No. CIV S-07-1690-LEW-CMK-P

12            Plaintiff,

13      vs.                    <u>ORDER</u>

14 CALIFORNIA POLITICAL
REFORM DIVISION, et al.,

15

16           Defendants.
_____/

17          Plaintiff, a New York state prisoner proceeding pro se, brings this civil rights

18 action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19 Judge pursuant to Eastern District of California local rules.

20          On November 19, 2007, the magistrate judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that any objections to the

22 findings and recommendations were to be filed within 20 days.  No objections to the findings

23 and recommendations have been filed.

24          The court has reviewed the file and finds the findings and recommendations to be

25 supported by the record and by the magistrate judge's analysis.

26 / / /

1            Accordingly, IT IS HEREBY ORDERED that:

2               1.      The findings and recommendations filed November 19, 2007, are adopted

3 in full;

4               2.      This case is dismissed for lack of prosecution and failure to comply with

5 court rules and orders; and

6               3.      The Clerk of the Court is directed to enter judgment and close this case.

9 Dated: December 19, 2007            _____

10                                 Honorable Ronald S.W. Lew

11                                 Senior, U.S. District Court Judge

2